**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6104**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

JEFFREY BLAKE JOHNSON,

              Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  James P. Jones, District Judge.  (3:94-cr-00061-JPJ-5)

Submitted:  March 1, 2012              Decided:  March 7, 2012

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Blake Johnson, Appellant Pro Se.  Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Blake Johnson appeals the district court's orders denying his motion for a reduction in sentence under 18 U.S.C. § 3582(c)(2) (2006) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Johnson, No. 3:94-cr-00061-JPJ-5 (W.D. Va. Dec. 29, 2011; Dec. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED